# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2026-1806

**Short Case Caption:** BMW of North America, LLC v. Foras Technologies Ltd.

**Filing Party** BMW of North America, LLC

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Reversal or vacatur of the Patent Trial and Appeal Board's ("Board's") determination that claims 1-30 of U.S. Patent No. 7,627,781 ("'781 patent") were not shown to be unpatentable.

Relief awarded below (if damages, specify): ☐ None/Not Applicable

Final written decision determining that claims 1-30 of the '781 patent are not shown to be unpatentable.

Briefly describe the judgment/order appealed from:

The Patent Trial and Appeal Board issued a Final Written Decision in IPR2024-01346, finding that claims 1-30 of the '781 patent were not shown to be unpatentable.

Nature of Judgment (select one:) Date of Judgment: 03/05/2026

- ▣ Final Judgment, 28 USC § 1295
- ☐ Rule 54(b)
- ☐ Interlocutory Order (specify type) ______
- ☐ Other (explain) ______

Date: 5/21/2026

Signature: /s/ Lionel M. Lavenue

Name: Lionel M. Lavenue